IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**PLANTERS BANK & TRUST COMPANY**                                **PLAINTIFF**

V.                              **4:22CV00946 JM**

**CTI SERVICES INC.**                                            **DEFENDANT**

<u>**ORDER**</u>

For the reasons set forth in the hearing today, Defendant CTI Services Inc. is directed to tender to the Clerk of the Eastern District of Arkansas a check in the total amount of $292,790.00 by noon tomorrow, October 6, 2022. It is further ordered that the Clerk of the Court shall deposit the proceeds into the registry of the Court to be placed in an interest-bearing account pending resolution of this action.

Plaintiff's Motion for Temporary Restraining Order (ECF No. 2) is GRANTED.

IT IS SO ORDERED this 5th day of October, 2022.

_____
James M. Moody Jr.
United States District Judge