IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| PLANTERS BANK<br>& TRUST COMPANY<br><br>　　　　　Plaintiff,<br><br>V.<br><br>C.T.I. SERVICES, INC.,<br><br>　　　　　Defendant. | No. 4:22-cv-00946-JM |

## AGREED ORDER

This matter comes before the Court on the joint motion of plaintiff, Planters Bank & Trust Company ("Planters Bank"), and defendant, C.T.I. Services, Inc. ("CTI"), to disburse the funds deposited into the Registry of the Court to Planters Bank, from all of which the Court finds and orders as follows:

1. On September 29, 2022, Planters Bank filed a complaint against CTI, alleging claims of (i) unjust enrichment; (ii) conversion; (iii) money had and received; and (iv) payment by mistake. (Doc. 1). The dispute arises out of an erroneous wire transfer of funds to CTI by Planters Bank.

2. Planters Bank contemporaneously filed a motion for temporary restraining order without notice, or alternatively, motion for preliminary injunction with notice and request for emergency hearing (the "Motion"). (Docs. 2-3).

3. CTI timely filed an answer to the complaint and response to the Motion on October 5, 2022. (Docs. 6-7).

4.  Planters Bank and CTI appeared and participated in a hearing regarding the Motion on October 5, 2022.

5.  Following the arguments presented at the hearing, the Court entered an order directing CTI to deposit $292,790.00 into the Registry of the Court by noon on October 6, 2022. (Doc. 8).

6.  CTI timely deposited the funds into the Registry of the Court. (Docket Note, 10/06/2022).

7.  Planters Bank and CTI have now agreed that Planters Bank is entitled to the funds that are deposited into the Registry of the Court in the amount of $292,790.00.

IT IS, THEREFORE, CONSIDERED, ORDERED, ADJUDGED AND DECREED as follows:

a.  The clerk of the Court shall promptly disburse the funds deposited in the Registry of the Court to Planters Bank in the amount of $292,790.00.

b.  Upon disbursement and delivery of such funds, Planters Bank's complaint shall be dismissed with prejudice against CTI. Further, any and all potential claims against Planters Bank that could have been asserted by CTI are dismissed with prejudice. The clerk is directed to close the case.

c.  All parties shall bear their own attorneys' fees and costs.

IT IS SO ORDERED this 14th day of November, 2022.

_____
UNITED STATES DISTRICT COURT JUDGE
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

2778889-v1

Prepared and submitted by:

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX: (501) 376-9442
E-MAIL: jbeachboard@wlj.com
         mallison@wlj.com
         chickman@wlj.com


By _____
    James P. Beachboard (83018)
    Mark H. Allison (85001)
    P. Collins Hickman Jr. (2020189)

    *Attorneys for Planters Bank & Trust Company*


Agreed as to form and content:

JASON OWENS LAW FIRM, P.A.
P.O. Box 850
1023 Main Street, Suite 204
Conway, Arkansas 72033
(501) 764-9173
FAX: (501) 764-9173
E-MAIL: owens@jowenslawfirm.com


By _____
    Jason E. Owens (2003003)

    *Attorneys for C.T.I. Services, Inc.*

2778889-v1